UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MONICA BOURQUE                                         CIVIL ACTION

V.                                                     NO. 2:19-CV-00811

AETNA LIFE INSURANCE COMPANY

## COMPLAINT

The Complaint of Monica Bourque respectfully alleges:

1. This is a claim for ERISA disability benefits.

2. The Court has jurisdiction and venue under 29 U.SC. Sec. 1001 et. seq.

3. Plaintiff, **Monica Bourque**, of lawful age and a resident of Milton, Louisiana is a plan participant and beneficiary of an ERISA plan created by her employer, Bristow Group, Inc., and an insured participant of a group disability policy issued by Aetna Disability.

4. Defendant, **Aetna Life Insurance Company** ("Aetna"), is a foreign corporation authorized and doing business in Louisiana.

5. Aetna issued a group policy insuring the employees of Bristow Group, Inc. Plaintiff is a beneficiary and insured under the policy.

6. ERISA mandates that all plan administrators discharge their duties in the interest of plan participants and beneficiaries. <u>29 USC Sec. 1104(a)(1)</u>.

7. Plaintiff filed a claim for disability benefits with the Plan because her medical condition precluded her from continuing to perform the duties of her job on a fulltime basis.

8. Plaintiff suffers from complications from a stroke, fatigue, aphasia, communication problems, memory loss, fatigue, cognitive impairment and an aortic valve disorder

9. Plaintiff is disabled under the terms of the disability policy issued by Aetna.

10. Aetna unlawfully terminated Plaintiff benefits she is entitled to under terms of the Aetna disability policy.

11. Plaintiff appealed the denial providing information demonstrating that she remained disabled under policy terms.

12. Aetna refused to reverse its decision.

13. Aetna's denials are based on insubstantial evidence and are arbitrary and an abuse of discretion.

14. Plaintiff has exhausted her administrative remedies and now timely files her suit to reverse Aetna's denial of benefits.

15. Aetna has abused its discretion as plan administrator by denying Plaintiff's claim for disability benefits in bad faith.

16. Aetna has abused its discretion by failing to consider the disabling, synergistic effect of all of Plaintiff's medical conditions.

17. The standard of review in this mater is de novo.

18. Aetna has abused its discretion by failing to consider her medical condition in relation to the actual duties of her occupation or of the actual duties of suitable alternative occupations.

19. Aetna administered Plaintiff's claim with an inherent and structural conflict of interest as Aetna is liable to pay benefits from its own assets to Plaintiff, and each payment depletes Aetna's assets.

20. Aetna has failed to give the policy and Plan a uniform construction and interpretation.

21. Aetna chooses to conduct reviews of denied claims in order to maintain strict control over its risk of loss and to maintain higher profit margins than if a financially independent third party decided the appeals.

22. As a routine business practice, Aetna uses the appeals process to support initial benefit denials rather than to review impartially whether it should reverse appealed denials.

23. Plaintiff has been denied the benefits due Plaintiff under the Plan, has suffered, and is continuing to suffer economic loss as a result.

24. Plaintiff is entitled to an award of interest on all money that Defendants should have paid to Plaintiff.

25. Defendant's denials has required Plaintiff to hire attorneys to represent her in this matter to recover benefits due Plaintiff under the Plan.

**WHEREFORE**, Plaintiff prays for judgment against each Defendant as follows:

1. For all benefits due Plaintiff in the past and future under the Plan, plus pre- and post-judgment interest;
2. For all reasonable attorney fees;
3. For costs of suit; and
4. For all other relief as the facts and law may provide.

Respectfully submitted,

/s/ Reagan L. Toledano
WILLEFORD & TOLEDANO
Reagan L. Toledano (LA 29687)(T.A).
James F. Willeford (LA 13485)
201 St. Charles Avenue, Suite 4208
New Orleans, LA 70170
(504) 582-1286; (f) (313)692-5927
rtoledano@willefordlaw.com