UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONICA BOURQUE | * | CIVIL ACTION NO. 2:19-CV-00811 |
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| AETNA LIFE INSURANCE COMPANY | * | MAGISTRATE JUDGE VAN MEERVELD |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, comes Monica Bourque ("Plaintiff"), who submits this Unopposed Motion to Dismiss With Prejudice and with respect, represents as follows:

1.

Plaintiff respectfully requests that all of the claims against Aetna Life Insurance Company ("Defendant") in the above-captioned lawsuit be dismissed, with prejudice, with each party to bear their own respective court costs, fees and expenses.

2.

Counsel for Plaintiff has discussed with counsel for Defendant this matter and the subject of this Motion and the Final Judgment of Dismissal With Prejudice submitted herewith and he has expressed no objection to same and that he consents to the granting and issuance of same.

WHEREFORE, premises considered, Plaintiff respectfully requests the relief prayed for herein.

Respectfully submitted,

s/ Reagan L. Toledano
Reagan L. Toledano (LA #29687)
James F. Willeford (LA #13485)
WILLEFORD & TOLEDANO
201 St. Charles Ave., Ste. 4208
New Orleans, LA 70170
Phone: (504) 582-1286
Fax: (313) 692-5927
Email: rtoledano@willefordlaw.com
COUNSEL FOR PLAINTIFF,
MONICA BOURQUE