UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONICA BOURQUE | * | CIVIL ACTION NO. 2:19-cv-00811 |
| | * | |
| VERSUS | * | JUDGE ZAINEY |
| | * | |
| AETNA LIFE INSURANCE COMPANY | * | MAGISTRATE JUDGE VAN MEERVELD |

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the Plaintiff's Unopposed Motion to Dismiss With Prejudice submitted in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all claims asserted by Monica Bourque therein against Aetna Life Insurance Company be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Monica Bourque and Aetna Life Insurance Company shall bear their/its own respective costs including court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this __15th__ day of __January__, 2020 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE